UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM LEE GRANT, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 20-1803 (UNA) |
| SECRETARY OF DEFENSE, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. For the reasons discussed below, the Court grants the application and dismisses the complaint.

Plaintiff's "Civil Liberties Complaint" sets forth disjointed factual allegations, most of which are delusional. For example, plaintiff alleges that "Philip Mountbatten 'ordered' the assassination of Diana, Princess of Wales," *id.* ¶ 65, and that "HIV/AIDS virus is a Japanese-World War II virus unleashed on the populace to generate profits for the pharmaceutical companies," *id.* ¶ 80. He claims that he "was forced to 'act gay' for seven (7) years, or the [Office of the Secretary of Defense] would have sent someone to rape [him]." *Id.* ¶ 21. The Office of the Secretary of Defense also has "'hacked [his] cellular phone, computer, and landline," *id.* ¶ 43, and has kept him "under satellite surveillance for thirty (30) years," *id.* ¶ 44.

The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *see Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A]

1

complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the plaintiff's complaint, the Court concludes that its factual contentions are baseless and wholly incredible. For this reason, the complaint is frivolous and must be dismissed. *See* 28 U.S.C. § 1915(e)(1)(B). An Order consistent with this Memorandum Opinion is issued separately.

DATE: July 6, 2020

/s/
JAMES E. BOASBERG
United States District Judge